Sean Lavelle BARLEY, Appellant

v.

Wayne J. GAVIN and Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of February 2016, the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Appellant

v.

Tyrone LOWE, Appellee.

Supreme Court of Pennsylvania.

Submitted Nov. 12, 2015.
Decided Feb. 16, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice EAKIN did not participate in the consideration or decision of this matter.